# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROCK FERRONE AND ROCK AIRPORT OF PITTSBURGH, L.L.C.,

          Petitioners

      v.

DAN ONORATO, INDIVIDUALLY AND OFFICIALLY; DENNIS DAVIN, INDIVIDUALLY AND OFFICIALLY; MAURICE STRUL, INDIVIDUALLY AND OFFICIALLY; ALLEGHENY COUNTY; REDEVELOPMENT AUTHORITY OF ALLEGHENY COUNTY; BRIAN D. CLARK; BRIAN D. CLARK AND ASSOCIATES; MICHAEL YABLONSKI; KEVIN MCKEEGAN; MEYER, UNKOVIC AND SCOTT, L.L.P.; ALFRED A. KUEHN; MANAGEMENT SCIENCE ASSOCIATES INC.; EUGENE ZAMBRANO, III; ZAMBRANO CORPORATION; AND SKY BANK,

          Respondents

: No. 395 WAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.